AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Brian DePena<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

      26-MJ-1383-DLC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     2020 to 2022     in the county of     Essex     in the
           District of     Massachusetts     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud; Aiding and Abetting |
| 18 U.S.C. §§ 1957 and 2 | Unlawful Monetary Transactions; Aiding and Abetting |

This criminal complaint is based on these facts:

see attached affidavit of IRS-CI Special Agent Zachariah Marino.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Zachariah Marino, Special Agent, IRS-CI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    08/13/2026

_____
*Judge's signature*

City and state:    Boston, MA

Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*