JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA _____     **Category No.** II _____     **Investigating Agency** IRS-CI, FBI

**City** Boston _____

**County** Suffolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _23-1058-1060-DLC, 23-8100-PGL, 24-5187,5192-JGD26-6380,6599-MPK, 26-13_
Search Warrant Case Number _23-1389-DLC, 26-1334-1335-DLC_
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

Defendant Name    Brian DePena _____     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1964     SSN (last 4#): 7915     Sex: M     Race _____     Nationality: _____

**Defense Counsel if known:** _____     Address: _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Kristina Barclay, Christine Wichers _____     Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:** Boston, MA _____

**Arrest Date:** August 14, 2026 _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/13/2026     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Brian DePena

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud; Aiding and Abetting | |
| Set 2 | 18 U.S.C. §§ 1957 and 2 | Unlawful Monetary Transactions; Aiding and Abetting | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013